**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1514**

In re: JUNIOR DIAZ,

      Petitioner.

On Petition for Writ of Mandamus.  (1:13-cr-00080-CMH-1)

Submitted:  October 3, 2018                      Decided:  October 12, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Junior Diaz, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Junior Diaz petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to compel. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court issued a ruling on Diaz's motion on September 13, 2018. Accordingly, because the district court has recently decided Diaz's motion, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*